**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER  13** |
| **Christal Williams** | | |
| **DEBTOR** | : | **BKY. NO. 23-13146-amc** |

O R D E R


AND NOW, this            day of                    ,    2023    upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules.


It is Ordered that the Motion is Granted. Debtor has until **11/16/2023** to file the necessary Schedules and Statement of Financial Affairs in the above captioned matter.


By the Court:

_____

Hon.  Ashley M. Chan
U.S. Bankruptcy Court Judge