# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**                                          :          CHAPTER 13
**Christal Williams**
      **DEBTOR**                              :          BKY. NO. 23-13146-amc

## O R D E R

AND NOW, this **6th** day of **November**, 2023 upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules.

It is Ordered that the Motion is Granted. Debtor has until **11/16/2023** to file the necessary Schedules and Statement of Financial Affairs in the above captioned matter.

By the Court:

_____
Hon. Ashley M. Chan
U.S. Bankruptcy Court Judge