IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                                                :Chapter 13

Christal Williams

   (DEBTOR)                                              :Bankruptcy No. 23-13146-amc

**P R A E C I P E**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly **add mailing address** to the above- captioned client's case.

**3892 Coventryville Road**
**Pottstown, PA 19465**

| | |
|---|---|
| Date: November 14, 2023 | BY: /s/ Michael A. Cibik |
| | MICHAEL A. CIBIK, ESQUIRE |
| | Cibik Law, P.C. |
| | 1500 Walnut Street, Suite 900 |
| | Philadelphia, PA  19102 |
| | 215-735-1060/fax 215-735-6769 |