**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE                                                                :Chapter 13
**Christal Williams**


(DEBTOR)                                            :Bankruptcy#23-13146-amc


<u>PRAECIPE</u>


TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

    Kindly withdraw the Application for Extension Time Document Number 9 as it contained the wrong attachments.




DATED:November 14, 2023    /s/ Michael A. Cibik
    Michael A. Cibik, Esquire
    Cibik Law, P.C.
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    (215) 735-1060