**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **Christal Williams** | | |
| **DEBTOR** | : | **BKY. NO. 23-13146-amc** |

O R D E R

AND NOW, this ____ day of _____, 2023 upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules.

It is Ordered that the Motion is Granted. Debtor has until **11/30/2023** to file the necessary Schedules and Statement of Financial Affairs in the above captioned matter.

By the Court:

_____
Hon. Ashley M. Chan
U.S. Bankruptcy Court Judge