# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                   :        CHAPTER 13
**Christal Williams**
    DEBTOR              :        BKY. NO. 23-13146-amc

## O R D E R

AND NOW, this 17th day of November, 2023 upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules.

It is Ordered that the Motion is Granted. Debtor has until **11/30/2023** to file the necessary Schedules and Statement of Financial Affairs in the above captioned matter.

NO FURTHER EXTENSIONS WILL BE GRANTED.

By the Court:

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge