*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Christal Williams ) | Case No. 23–13146–amc |
| ) | |
| ) | |
| Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## ORDER

     AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 11/17/2023, this case is hereby DISMISSED.

**Date: December 4, 2023**

_____
Ashely M. Chan
Judge, United States Bankruptcy Court

Missing Documents:
Atty Disclosure Statement
Schedules AB–J
Statement of Financial Affairs
Summary of Assets and Liabilities
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C–1
Means Test Calculation Form 122C–2